No. 04-02-00421-CR



Paula VARGAS,


Appellant



v.



The STATE of Texas,


Appellee



From the 144th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CR-5439


Honorable Mark R. Luitjen, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: September 11, 2002


DISMISSED FOR LACK OF JURISDICTION

 On January 30, 2001, the trial court suspended appellant's sentence for theft. On May 8,
2002, the trial court modified the terms of appellant's probation, and appellant brought this appeal.
 On July 18, 2002, we ordered appellant to show cause why this appeal should not be
dismissed for lack of jurisdiction because modification of probation is not appealable at the time of
modification. See Tex. Code Crim. Proc. Ann. art. 42.12 § 23(b) (Vernon Supp. 2002); Basaldua
v. State, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). Appellant's appointed counsel failed to respond
to our order; however, appellant's counsel had previously filed an Anders brief. Because we lack
jurisdiction over this appeal, we dismiss the appeal for want of jurisdiction and order that counsel's
Anders brief and motion to withdraw be stricken. 


 PER CURIAM

DO NOT PUBLISH